IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RICHARD BONDWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0419 |
| | ) | Judge Trauger |
| MAPCO EXPRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

It is hereby **ORDERED** that the initial case management conference in this case is **RESET** for Monday, April 14, 2014, at 3:15 p.m.

It is so **ORDERED.**

Enter this 7th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge